**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**COURT FILE NO.: CV - 02-47 JRT/FLN**

| | |
|---|---|
| Jessica Okerstrom n/k/a Jessica Oxenfield and Jessica Sundsmo f/k/a Jessica Okerstrom,<br><br>Plaintiffs,<br>-vs-<br><br>Rosso & Seierstad, P.A., and Tom Mack, individually,<br><br>Defendants. | **STIPULATION FOR DISMISSAL WITH PREJUDICE AND ORDER** |

**IT IS HEREBY STIPULATED AND AGREED** to by the Plaintiffs and their attorneys, and Defendants that the above-entitled action against Defendants, shall be and hereby is dismissed with prejudice and on the merits, without costs, or disbursements, or attorneys' fees to any party and that a judgment of dismissal with prejudice may be entered in the above-entitled action pursuant hereto.

Dated: 2/18/03

**CONSUMER JUSTICE CENTER, P.A.**

By: [signature]
Thomas J. Lyons, Jr., Esq.
Attorney ID #249646
342 E. County Road D
Little Canada, Minnesota 55117
Telephone: (651) 770-9707

Dated: 2/24/03

**BRUTLAG, HARTMAN, & OKONESKI, P.A.**

By: Ryan J. T[signature]
Michael L. Brutlag, Esq.
Attorney I.D. #123225
Ryan J. Trucke, Esq.
Attorney I.D. #: 030590X
1100 Pillsbury Center
200 South Sixth Street
Minneapolis, Minnesota 55402
Telephone: (612) 630-3203

FILED MAR 5 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______



J:\Closed Client Matters\9900\9951 Oxenfield, Jessica\Stip of Dismissal.doc

**ORDER**

Based on the above Stipulation for Dismissal filed herewith, this Court hereby orders that Plaintiffs' Complaint against Defendants, shall be, and herewith is, dismissed with prejudice without costs, or disbursements, or attorneys' fees to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: March 5, 2003.

Judge John R. Tunheim
United States District Court