AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## District of Minnesota

Jessica Okerstrom, etc.

V.

Rosso & Seierstad and Tom Mack, individually

**JUDGMENT IN A CIVIL CASE**

Case Number: 02-47JRT/FLN

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:
this action is dismissed with prejudice, without costs, disbursements or attorneys' fees to any party.

March 5, 2003
Date

RICHARD D. SLETTEN, CLERK

(By) Denise La Fond, Deputy Clerk

Modified:01/09/03